IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| VICTOR KHOLOD,<br>　　　　　Plaintiff<br><br>　v.<br><br>NATIONSTAR MORTGAGE LLC,<br>d/b/a MR. COOPER;<br>WELLS FARGO BANK, N.A.,<br>　　　　　Defendants | No. 3:24cv1631<br><br>(Judge Munley)<br><br>(Magistrate Judge Schwab) |

## ORDER

Presently before the court is the Report and Recommendation ("R&R") of Magistrate Judge Susan E. Schwab. (Doc. 21). Upon referral of this matter, Magistrate Judge Schwab reviewed Plaintiff Victor Kholod's *pro se* complaint (Doc. 1). Magistrate Judge Schwab also reviewed Defendants Wells Fargo Bank, N.A. and Nationstar Mortgage LLC's motions to dismiss pursuant to Federal Rule of Civil Procedure 12(b)(6). (Docs. 4, 9). The R&R recommends dismissing plaintiff's claims under the Electronic Funds Transfers Act, 15 U.S.C. § 1693. (Doc. 21 at 9-12). As for Kholod's state law claims under (1) Article 4A of the Uniform Commercial Code; (2) Pennsylvania's Unfair Trade Practices and Consumer Protection Law, 73 P.S.A. § 201-1, *et. seq.*; and (3) contracts law, the R&R recommends that the court decline to exercise supplemental jurisdiction. (<u>Id.</u> at 12-14). Additionally, the R&R warns Kholod that the use of fictitious

caselaw in the future could result in the imposition of sanctions under Rule 11 of the Federal Rules of Civil Procedure. (Id. at 14-18). The R&R further recommends providing Kholod with leave to file an amended complaint. (Id. at 18). No objections to the R&R have been filed and the time for such filing has passed.

In deciding whether to adopt the report and recommendation when no timely objection is filed, the court must determine if a review of the record evidences plain error or manifest injustice. FED. R. CIV. P. 72(b), 1983 Advisory Committee Notes ("When no timely objection is filed, the court need only satisfy itself that there is no clear error on the face of the record to accept the recommendation"); see also 28 U.S.C. § 636(b)(1); Sullivan v. Cuyler, 723 F.2d 1077, 1085 (3d Cir. 1983).

After a careful review, the court thus finds neither clear error on the face of the record nor a manifest injustice in the magistrate judge's analysis and recommendations, and therefore, the court shall accept the R&R and adopt it in its entirety. As for leave to amend, the R&R recommends providing Kholod an opportunity to file an amended complaint. This recommendation will be adopted. It is thus hereby **ORDERED** as follows:

   1) The R&R, (Doc. 21), is **ADOPTED** in its entirety;

2) Kholod's complaint, (Doc. 1), is **DISMISSED** without prejudice to the plaintiff endeavoring to correct the defects identified in the R&R;

3) Kholod shall file any amended complaint within twenty-one (21) days of the date of this order; and

4) If Kholod fails to file an amended complaint within this timeframe, the court will dismiss this action and remand Kholod's state law claims back to the Magisterial District Court 43-4-02, in Monroe County, Pennsylvania.

Date: 8/12/2025

BY THE COURT:

_____
JUDGE JULIA K. MUNLEY
United States District Court